

October 12, 2022

**<u>Via E-Filing and Hand Delivery</u>**
John A. Cerino
Clerk of Court
United States District Court
for the District of Delaware
844 N. King Street, Unit 18
Wilmington, Delaware 19801-3570

  RE: *Buffalo Patents, LLC v. Spotify Technology S.A., et al.*,
     <u>Civil Action No. 22-1335-UNA</u>

Dear Mr. Cerino:

  We represent Plaintiff in the above case and respectfully request your assistance with serving a foreign defendant, Defendant Spotify Technology S.A., with process in accordance with Federal Rule of Civil Procedure 4(f)(2)(C)(ii), which applies to foreign corporations pursuant to Rule 4(h)(2).

  We respectfully request that you serve Spotify Technology S.A. with a copy of the enclosed Complaint and Summons by mail in a manner that requires a signed receipt. The mailing should be addressed as follows:

Chairman, President, Officer, Managing Agent, and/or General Agent
Spotify Technology S.A
Regeringsgatan 19
SE-111 53 Stockholm
Sweden

  We appreciate your assistance and are available at your convenience should you have any questions.

                    Respectfully,

                    /s/ Michael J. Farnan

                    Michael J. Farnan