## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUFFALO PATENTS, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Act. No. 22-1335-UNA |
| | : |
| SPOTIFY TECHNOLOGY S.A., SPOTIFY AB, and SPOTIFY USA INC. | : |
| | : **JURY TRIAL DEMANDED** |
| | : |
| Defendants. | : |

### DECLARATION OF MICHAEL J. FARNAN IN SUPPORT OF REQUEST FOR CLERK TO SERVE SPOTIFY AB

Michael J. Farnan, being duly sworn according to law, deposes and says as follows:

1.  Farnan LLP and Antonelli, Harrington & Thompson LLP represent Plaintiff, Buffalo Patents, LLC, in the above case and have requested that the Clerk of Court serve Defendant, Spotify AB, with process pursuant to Federal Rules of Civil Procedure 4(f)(2)(C)(ii) and 4(h)(2).

2.  After a review of the relevant case law and the website of the Hague Conference on Private International Law, https://www.hcch.net, under the "Table Reflecting Applicability of Articles 8(2), 10(a)(b) and (c), 15(2) And 16(3) of The Hague Service Convention," https://assets.hcch.net/docs/6365f76b-22b3-4bac-82ea-395bf75b2254.pdf, I have concluded that a Swedish entity may be served with process by mail.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2022.                    /s/ Michael J. Farnan
                                                 Michael J. Farnan (Bar No. 5165)