## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Buffalo Patents, LLC** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA: 22-1335-UNA |
| | ) | |
| **Spotify Technology S.A., et al** | ) | |
| | ) | |
| Defendant, | ) | |

## AFFIDAVIT

I, Vivian F. Mena, Deputy Clerk, being first sworn, depose and say that pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on October 13, 2022, by Registered Mail, the Summons, Complaint with Exhibits, and Plaintiff's Report to the Commissioner of Patents and Trademarks, Declaration of Michael Farnan, and Notice/Consent of Availability of a United States Magistrate Judge to Exercise Jurisdiction forms in the above referenced case to the following address:

Chairman, President, Officer, Managing Agent, and/or General Agent
**Spotify AB**
**Regeringsgatan 19**
**SE-111 53 Stockholm**
**Sweden**

_____
Vivian Mena
Deputy Clerk

Sworn to and subscribed before me
this 13th day of October 2022

_____
Molly Ryan
Deputy Clerk