OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

John A. Cerino
CLERK

Unit 18
844 North King Street
U.S. Courthouse
Wilmington, DE 19801
(302)573-6170
www.ded.uscourts.gov

October 13, 2022

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

**TO:**

Chairman, President, Officer, Managing Agent, and/or General Agent
**Spotify AB**
**Regeringsgatan 19**
**SE-111 53 Stockholm**
**Sweden**

RE: **Buffalo Patents, LLC v. Spotify Technology S.A., et al.,**
Civil Action No. 22-1335-UNA

Enclosed please find copies of the Complaint, Notice of a Magistrate Judge's Availability form, Summons, Patent Report and counsel's Declaration and request to the Clerk of Court for assistance with this mailing.

This service is made by U.S. Registered Mail, return receipt requested, pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) and 4(h)(2). Pursuant to Federal Rules of Civil Procedure 12(a)(ii) you have ninety (90) days in which to file an answer to the complaint, filed with this Court and served upon the plaintiff's attorney as noted on the complaint and summons.

Sincerely,

BY: _____
/vfm

JOHN A. CERINO
CLERK

Enclosures (as stated)