# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Buffalo Patent, LLC** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Spotify Technology S.A., et al** )<br>)<br>Defendant, ) | CA: 22-1335-UNA |

## AFFIDAVIT

I, Molly K. Ryan, Deputy Clerk, being first sworn, depose and say that pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on October 13, 2022, by Registered Mail, the Summons, Complaint with Exhibits, Plaintiff's Report to the Commissioner of Patents and Trademarks, counsel's Declaration and Notice/Consent of Availability of a United States Magistrate Judge to Exercise Jurisdiction forms in the above referenced case to the following address:

Chairman, President, Officer, Managing Agent, and/or General Agent
**Spotify Technology S.A.**
**Regeringsgatan 19**
**SE-111 53 Stockholm**
**Sweden**

_____
Molly Ryan
Deputy Clerk

Sworn to and subscribed before me
this 13th day of October, 2022

_____
V. Mena
Deputy Clerk

|  |  |  |
|---|---|---|
| John A. Cerino<br>CLERK | OFFICE OF THE CLERK<br>**UNITED STATES DISTRICT COURT**<br>DISTRICT OF DELAWARE | Unit 18<br>844 North King Street<br>U.S. Courthouse<br>Wilmington, DE 19801<br>(302)573-6170<br>www.ded.uscourts.gov |

October 13, 2022

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

**TO:**

Chairman, President, Officer, Managing Agent, and/or General Agent
**Spotify Technology S.A.**
**Regeringsgatan 19**
**SE-111 53 Stockholm**
**Sweden**

RE:   **Buffalo Patents, LLC v. Spotify Technology S.A., et al.**
Civil Action No. 22-1335-UNA

      Enclosed please find copies of the Complaint, Notice of a Magistrate Judge's Availability form, Summons, Patent Report and counsel's Declaration and request to the Clerk of Court for assistance with this mailing.

      This service is made by U.S. Registered Mail, return receipt requested, pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) and 4(h)(2). Pursuant to Federal Rules of Civil Procedure 12(a)(ii) you have ninety (90) days in which to file an answer to the complaint, filed with this Court and served upon the plaintiff's attorney as noted on the complaint and summons.

Sincerely,

BY: _/s/ Mallory K. Ryan_           JOHN A. CERINO
/mkr                                                        CLERK

Enclosures (as stated)



Case 1:22



# UNITED STATES POSTAL SERVICE.

```
                    RODNEY SQ
            500 DELAWARE AVE STE 1
            WILMINGTON, DE 19801-9998
                  (800)275-8777

10/13/2022                            12:08 PM
----------------------------------------------
Product              Qty     Unit        Price
                             Price
----------------------------------------------
First-Class Mail      1                 $10.70
Intl™ Large Envelope
    Sweden
    Weight: 0 lb 7.90 oz
    Registered                          $18.25
        Amount: $0.00
        Tracking #:
            RF339054555US
    Return Receipt                       $4.75
Total                                   $33.70

First-Class Mail      1                 $12.98
Intl™ Large Envelope
    Sweden
    Weight: 0 lb 8.10 oz
    Registered                          $18.25
        Amount: $0.00
        Tracking #:
            RF339054569US
    Return Receipt                       $4.75
Total                                   $35.98

----------------------------------------------
Grand Total:                            $69.68
----------------------------------------------
Personal/Bus Check                      $69.68
----------------------------------------------

         For updated information about
     International Service Disruptions, visit:
              www.usps.com/intl/alerts

   In a hurry? To send correspondence and
   nondutiable documents, (goods are not
        mailable in First-Class Mail
      International Letters or Documents),
     self-service kiosks offer quick and easy
           check-out. Any Retail Associate
               can show you how.

    Refer to your Registered Mail® tracking
        number for delivery information.

   Save this receipt as evidence of mailing.
    For information on filing a claim go to
         https://www.usps.com/help/claims.htm
             or call 1-800-222-1811

              Preview your Mail
              Track your Packages
              Sign up for FREE @
         https://informeddelivery.usps.com

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.

         Tell us about your experience.
      Go to: https://postalexperience.com/Pos
    or scan this code with your mobile device,
```



```
         or call 1-800-410-7420.

----------------------------------------------

UFN: 096828-0501
Receipt #: 840-50800210-2-4401910-2
Clerk: 17
```