# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUFFALO PATENTS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SPOTIFY USA, INC.<br>    Defendant. | CIVIL ACTION NO. 22-cv-1335 (MN) |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Buffalo Patents, LLC ("Buffalo Patents") and Defendant Spotify USA, Inc. ("Spotify") have resolved Buffalo Patents' claims for relief against Spotify asserted in this case.

NOW, THEREFORE, Buffalo Patents, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby provides notice that it dismisses all claims asserted by Buffalo Patents against Spotify in this case with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

Dated: April 24, 2023

Of Counsel:

Matthew J. Antonelli
Zachariah S. Harrington
Larry D. Thompson, Jr.
Christopher Ryan Pinckney
Rehan M. Safiullah
matt@ahtlawfirm.com
zac@ahtlawfirm.com
larry@ahtlawfirm.com
ryan@ahtlawfirm.com
rehan@ahtlawfirm.com

Respectfully submitted,

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

1

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000                                              *Attorneys for Buffalo Patents, LLC*


SO ORDERED this 24th day of April 2023.

_____
The Honorable Maryellen Noreika
United States District Judge